FILED
6/10/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DOLOS ANALYTICS, LLC, a Delaware limited liability company,<br><br>Plaintiff-Relator,<br><br>v.<br><br>LABORPRO STAFFING SERVICES, INC., an Illinois corporation; and MULTI-TEMPS STAFFING INC., an Illinois corporation,<br><br>Defendants. | No. 25 C 1821<br><br>Chief Judge Kendall<br><br>**FILED IN CAMERA AND UNDER SEAL** |

**UNITED STATES' *EX PARTE* MOTION REGARDING THE SEAL**

The United States of America, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, moves in this voluntarily dismissed False Claims Act *qui tam* action, to unseal certain of its filings. In support, the United States provides the following:

1. Relator filed the above-captioned case under seal on February 19, 2025, stating that it was filed pursuant to the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(2). The current seal period is set to expire on July 7, 2026. On May 19, 2026, the relator moved to voluntarily dismiss this action, pursuant to Fed. R. Civ. P. 41(a)(2), with the consent of the United States. The United States filed its consent to relator's voluntary dismissal on June 10, 2026.

2. The United States now requests that the relator's complaint, this motion, and the attached proposed order be unsealed following the court's grant of the voluntary dismissal and termination of this case. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation,

such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

3. A proposed order accompanies this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/Kate Lambert

Dated: June 10, 2026

KATE LAMBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7635
kate.lambert@usdoj.gov